IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JARVIS FORTSON,

    Petitioner,

v.                                         CASE NO.  4:13cv551-MW/CAS

MICHAEL CREWS,

    Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 15, filed June 13, 2014.   Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 13, is **GRANTED**.  The amended § 2254 petition for writ of habeas corpus is **DISMISSED**, a certificate of appealability is **DENIED**, and leave to

1

appeal in forma pauperis is **DENIED**."  The Clerk shall close the file.

    **SO ORDERED on July 14, 2014.**

                               <u>s/Mark E. Walker           </u>
                               **United States District Judge**